IN THE UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FIREMAN'S FUND INSURANCE : 
COMPANY, as Subrogee of :
Richard E. Deforno, DMD, P.C. :     Civil Action No. 2:07-cv-4273
:
Plaintiff, :
:
v. :
:
JANI-KING INTERNATIONAL, INC. :
:
and :
:
JANI-KING OF PHILADELPHIA, INC. :
  Defendants. :

It is hereby stipulated and agreed by and between the undersigned, the attorneys of record of the parties to the above captioned action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, the above-entitled action be, and the same is, hereby discontinued with prejudice without cost to any party as against the other. This stipulation may be filed without further notice to the Clerk of the Court.

_____
David W. Smith, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Counsel for Plaintiff Fireman's Fund Insurance Company

_____
Mark F. Macdonald, Esquire
Baginski, Mezzanotte, Hasson & Rubinate
Suite 500 Public Ledger Building
150 South Independence Mall West
6th and Chestnut Streets
Philadelphia, PA 19106
Counsel for the Jani-king International, Inc. and Jani-king of Philadelphia, Inc.